Eastern District of Kentucky
FILED

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### ASHLAND DIVISION

FEB 15 2005

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

|  |  |  |
|---|---|---|
| TIMOTHY ALLEN MORRISON, II, by | ) | CASE NO. 05 - 38 - HRW |
| and through his next friends, TIMOTHY | ) | |
| MORRISON AND MARY MORRISON; | ) | |
| TIMOTHY AND MARY MORRISON; | ) | |
| BRIAN NOLEN; AND DEBORA JONES | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | **MOTION FOR ADMISSION** |
| vs. | ) | **PRO HAC VICE** |
|  | ) | |
| BOARD OF EDUCATION OF BOYD | ) | |
| COUNTY, KENTUCKY | ) | |
|  | ) | |
| Defendant. | ) | |

Plaintiffs Timothy Allen Morrison, II, by and through his next friends, Timothy Morrison and Mary Morrison, Timothy and Mary Morrison, Brian Nolen, and Debora Jones ("Plaintiffs"), pursuant to LR 83.2, move the Court to enter an Order admitting Joe Platt to appear *pro hac vice* as their co-counsel in this action. In support of this motion, Plaintiffs attach the Declaration of Joe Platt identifying the bar in which said attorney is a member in good standing and containing his consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct. In addition, the prescribed fee of $65.00 is submitted herewith.

WHEREFORE, Plaintiffs move this Court for an Order permitting the admission of Joe Platt *pro hac vice* for the purpose of participating in this matter.

GREENEBAUM, DOLL & MCDONALD PLLC


By _____
John F. Billings
Greenebaum, Doll & McDonald PLLC
300 West Vine Street
Suite 1100
Lexington, KY 40507
(859) 231-8500

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## ASHLAND DIVISION

| | |
|---|---|
| TIMOTHY ALLEN MORRISON, II, by ) | CASE NO. |
| and through his next friends, TIMOTHY ) | |
| MORRISON AND MARY MORRISON; ) | |
| TIMOTHY and MARY MORRISON; ) | |
| BRIAN NOLEN, and DEBORA JONES ) | |
| ) | |
| Plaintiffs ) | **DECLARATION OF** |
| ) | **JOE PLATT** |
| vs. ) | |
| ) | |
| BOARD OF EDUCATION OF BOYD ) | |
| COUNTY, KENTUCKY ) | |
| ) | |
| Defendant. ) | |

I, Joe Platt, declare under the penalty of perjury that the following is true and correct:

1.  I am an attorney licensed to practice in the state of Ohio and am a member in good standing of the Ohio Bar.  I am also admitted to practice in the United States District Court, Northern District of Ohio.

2.  I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

3.  This Declaration is made in support of the Motion for Admission *Pro Hac Vice* before this Court.

This _12_ day of _February_, 2005.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Joe Platt