UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

CIVIL ACTION NO. 05-38-DLB

TIMOTHY ALLEN MORRISON, II
by and through his next friends,
TIMOTHY MORRISON and
MARY MORRISON,
TIMOTHY and MARY MORRISON,
BRIAN NOLEN and DEBORA JONES                                           PLAINTIFFS

v.                              **O R D E R**

BOARD OF EDUCATION
OF BOYD COUNTY, KENTUCKY                                                DEFENDANT

SARAH ALCORN, WILLIAM CARTER,
DAVID FANNIN, LIBBY FUGETT,
TYLER McCLELLAND and JANE DOE                              INTERVENOR-DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Upon the Court's own motion,

**IT IS ORDERED** that the Court will convene a teleconference with all counsel on **July 11, 2005 at 2:00 p.m. E.S.T.** to discuss with counsel what will be addressed at the hearing on July 15, 2005.  The Court will initiate the call.

This 7th day of July, 2005.



Signed By:
David L. Bunning   DB
United States District Judge

G:\DATA\ORDERS\AshCivil\05-38-Teleconference-Order.002.wpd